**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT H. GOMEZ, | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-01020-APG-VCF |
| vs. | ) **ORDER** |
| CLARK COUNTY, | ) |
| Defendant(s). | ) |

On October 3, 2013, the Court set a continued Early Neutral Evaluation ("ENE") session for November 15, 2013, and ordered the parties to submit amended ENE statements no later than November 8, 2013. Docket No. 17 ("The parties shall submit amended ENE statements to chambers no later than November 8, 2013.") To date, Plaintiff has failed to do so. Plaintiff is hereby **ORDERED** to submit an amended ENE statement no later than 4:00 p.m. on November 12, 2013. Failure to do so may result in sanctions or cancellation of the continued ENE session.

In addition, the Court **SETS** a status hearing for November 13, 2013 at 3:00 p.m. in Courtroom 3A. Counsel may appear telephonically if they so choose. Any counsel wishing to appear telephonically shall call the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls as well as the use of a speaker phone are prohibited.

IT IS SO ORDERED.

Dated: November 12, 2013

_____
Nancy J. Koppe
United States Magistrate Judge