```
ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
        Attorneys for Defendant
        Clark County
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| ROBERT H. GOMEZ, | CASE NO. 2:13-cv-1020-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| CLARK COUNTY, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

…

…

…

…

…

…

…

…

…

…

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

| | |
|---|---|
| DATED this 22nd day of January, 2015. | DATED this 22nd day of January, 2015. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | LAW OFFICE OF DANIEL MARKS |
| /s/ Robert W. Freeman<br>Robert W. Freeman, Jr., Esq.<br>Nevada Bar No. 3062<br>6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89188<br>Attorney for Defendants<br>Southern Nevada Health District and<br>Robert Gunnoe | /s/ Adam Levine<br>Daniel Marks, Esq.<br>Nevada Bar No. 2003<br>Adam Levine, Esq.<br>Nevada Bar No. 4673<br>610 South Ninth Street<br>Las Vegas, Nevada 89101 |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 26th day of January, 2015.